IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02238-PAB-KLM

ADAMS COUNTY, BOARD OF COUNTY COMMISSIONERS,

    Plaintiff,

v.

LELAND ASAY,
SAMUEL VIDAL GOMEZ,
STACEY LYNN PARKIN, f/k/a Stacey Lynn Spera,
JERRY LEE RHEA,
DENNIS GLENN COEN,
HEATH ALLEN RUSSO,
LOUIE GEORGE SCHIMPF,
QUALITY PAVING CO., a Colorado corporation, and
QUALITY RESURFACING CO., a Colorado corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Samuel Vidal Gomez's ("Gomez") **Motion to Suspend the Proceedings** [Docket No. 25; Filed October 21, 2011] (the "Motion").  Defendant Gomez proceeds in this matter *pro se*.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for Defendant Gomez's failure to comply with D.C.COLO.LCivR 7.1A., which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone.  The Motion is further subject to denial

for Defendant Gomez's failure to comply with D.C.COLO.LCivR 10.1E., which prescribes that "[a]ll papers shall be double-spaced." If he so chooses, Defendant Gomez may refile his Motion after complying fully with the Local Rules.

    Dated: October 25, 2011