IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02238-PAB-KLM

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS,

    Plaintiff,

v.

LELAND ASAY,
SAMUEL VIDAL GOMEZ,
STACEY LYNN PARKIN f/k/a Stacey Lynn Spera,
JERRY LEE RHEA,
DENNIS GLENN COEN,
HEATH ALLEN RUSSO,
LOUIE GEORGE SCHIMPF,
QUALITY PAVING CO., a Colorado corporation, and
QUALITY RESURFACING CO., n/k/a QUALITY PAVING CO., a Colorado corporation,

    Defendants.

## ORDER

    This matter is before Court on the Stipulated Voluntary Dismissal Without Prejudice of Complaint Against Defendant Stacey Lynn Parkin f/k/a Stacey Lynn Spera [Docket No. 33]. Plaintiff has agreed to the dismissal of plaintiff's claims against Parkin without prejudice. In exchange, Parkin has agreed to (1) voluntarily appear at depositions, hearings, and trials in this case; (2) accept service by mail or electronic transmission of notices or subpoenas issued by Plaintiff for testimony at depositions, hearings, or trials; (3) waive the territorial limits on service contained in Rule 45 of the Federal Rules of Civil Procedure and any applicable local rules with respect to such notices and subpoenas, provided plaintiff reimburses defendant Parkin for travel and

lodging at a reasonable rate; and (4) consent to personal jurisdiction in any United States District Court for purposes of enforcing any such subpoena.  Wherefore, it is

**ORDERED** that plaintiff's claims against defendant Stacey Lynn Parkin are dismissed without prejudice.

DATED November 2, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge