IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02238-PAB-KLM

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS,

    Plaintiff,

v.

LELAND ASAY,
SAMUEL VIDAL GOMEZ,
JERRY LEE RHEA,
DENNIS GLENN COEN,
LOUIE GEORGE SCHIMPF, and
QUALITY PAVING CO., a Colorado corporation,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Samuel Vidal Gomez's ("Gomez") **Notice** [Docket No. 65; Filed February 29, 2012] (the "Motion"). The Court construes the Motion as a request to extend the stay previously imposed in this case. The parties are reminded that all requests for action by the Court should be made in the form of motions. In support of his obligation pursuant to D.C.COLO.L.CivR 7.1A., Defendant Gomez states that Plaintiff is unopposed to the relief requested. *See Motion* [#65] at 2.

    On November 29, 2011, the Court granted a Motion to Stay Civil Proceedings Pending Resolution of Criminal Charges [#23]. *See Order* [#58]. In that Order, the Court stated that, "An extension of the stay may be requested by the parties if it appears that any parallel and related criminal proceedings may continue past March 19, 2012." *Id.* at 5 n.3.

Defendant Gomez is set to begin a criminal trial in a parallel and related proceeding on April 30, 2012. *See Motion* [#65] at 2. The trial is expected to last four-to-six weeks. *See id.* Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#65] is **GRANTED**. Scheduling and discovery in this matter are hereby **STAYED** through **June 22, 2012.**

IT IS FURTHER **ORDERED**, *sua sponte*, that the Scheduling Conference set for April 18, 2012 at 11:00 a.m. is **VACATED** and **RESET** to **July 31, 2012** at **11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **July 26, 2012**.

DATED: March 5, 2012 at Denver, Colorado.

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge