IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02238-PAB-KLM

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS,

    Plaintiff,

v.

LELAND ASAY,
SAMUEL VIDAL GOMEZ,
JERRY LEE RHEA,
DENNIS GLENN COEN, and
QUALITY PAVING CO., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Entry of an Order Regarding Protocol on Production of Hard Copy Documents and Electronically Stored Information** [Docket No. 96; Filed August 17, 2012] (the "Opposed Motion") and on Plaintiff's **Unopposed Motion to Modify Order Regarding Protocol on Production of Hard Copy Documents and Electronically Stored Information (Doc. No. 96)** [Docket No. 102; Filed September 11, 2012] (the "Unopposed Motion"). In the Unopposed Motion, Plaintiff stipulates that an agreement has been reached on the issue in the Opposed Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Opposed Motion [#96] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the Unopposed Motion [#102] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the proposed Order and Appendices A-D [#102-1, #96-1, #96-2, #96-2, #102-2] supplied by the parties are **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 11, 2012