# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 11-cv-02238-PAB-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: December 3, 2012** | Courtroom Deputy, Monique Wiles |

| | |
|---|---|
| ADAMS COUNTY, BOARD OF COUNTY COMMISSIONERS | Caleb Durling<br>Ellie Lockwood |
| **Plaintiff(s),** | |
| v. | |
| LELAND ASAY | Pro Se (Not Present) |
| SAMUEL VIDAL GOMEZ | Pro Se (Not Present) |
| JERRY LEE RHEA | Craig D. Johnson |
| DENNIS GLENN COEN | Not Present |
| QUALITY PAVING CO. | Frank Brittin Clayton, III |
| **Defendant(s).** | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session: 1:39 p.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court for a Status Conference.

**It is ORDERED:**   Defendant Jerry Lee Rhea's Motion for Stay and Protective Order [Doc. No. 111, filed 10/24/2012] is **TAKEN UNDER ADVISEMENT.**  The Court will issue a written order in due course.

HEARING CONCLUDED.

**Court in recess:   1:57 p.m.**
Total In-Court Time:   18  minutes
To order a transcript of this hearing,   please contact   Avery Woods Reporting   (303)825-6119.