IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02238-PAB-KLM

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS,

    Plaintiff,

v.

LELAND ASAY,
SAMUEL VIDAL GOMEZ,
JERRY LEE RHEA,
DENNIS GLENN COEN, and
QUALITY PAVING CO., a Colorado corporation,

    Defendants.
_____

## ORDER
_____

This matter comes before the Court on the Motion for Stipulated Voluntary Dismissal With Prejudice of Complaint Against Defendant Quality Paving Co. [Docket No. 130]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion for Stipulated Voluntary Dismissal With Prejudice of Complaint Against Defendant Quality Paving Co. [Docket No. 130] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted by plaintiff against defendant Quality Paving Co. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 30, 2013.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge