IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-002238-PAB-KLM

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS,

    Plaintiff,

v.

DENNIS GLENN COEN,

    Defendant.

## ORDER

This matter comes before the Court on Motion for Entry of Voluntary Dismissal Without Prejudice of Complaint Against Defendant Dennis Coen [Docket No. 138]. It is ORDERED as follows:

1. The Motion for Entry of Voluntary Dismissal Without Prejudice of Complaint Against Defendant Dennis Coen [Docket No. 138] is GRANTED.

2. Plaintiff's claims against defendant Coen as set forth in its complaint are dismissed without prejudice.

3. Plaintiff's dismissal without prejudice against defendant Coen shall not affect plaintiff's claims in its complaint against the other defendants. It is further

ORDERED that this case is closed.

DATED July 30, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge